IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LORI M. METZSCH, ) | |
| ) | 8:02cv592 |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| AVAYA, INC., ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on filing no. 327, the plaintiff's Motion for Reconsideration, and filing no. 329, the plaintiff's Motion for Issuance of Order to Correct Court Record. The motions are moot; this case is closed, and no further relief is available. Filing nos. 327 and 329 are denied.

SO ORDERED.

DATED this 24th day of August, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief District Judge